**Eastern District of Kentucky**

**F I L E D**

**Jan - 11 2023**

Robert R. Carr
Clerk, U.S. District Court

| PROB 22 (Rev. 5/2015) | | DOCKET NUMBER *(Tran. Court)* 0643 3:20-CR-014-GFVT-01 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:23-cm-80048-HLT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wesley Forrest Clay<br>Olathe, Kansas 66062 | Eastern District of Kentucky | Central Division at Frankfort |
| | NAME OF SENTENCING JUDGE<br>Gregory F. Van Tatenhove, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 3/25/2022    TO 3/24/2025 |

**OFFENSE**
Threatening Communications in Interstate Commerce

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Kentucky

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Kansas    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-18-2022
*Date*             *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    KANSAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/03/2023            s/ Daniel D. Crabtree
*Effective Date*            *United States District Judge*