Eastern District of Kentucky
**F I L E D**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### FRANKFORT

OCT 0 1 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.     INDICTMENT NO. 3:20-CR-14-GFVT
       18 U.S.C. § 875(c)

**WESLEY FORREST CLAY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 23, 2020, in Franklin County, in the Eastern District of Kentucky, and elsewhere,

**WESLEY FORREST CLAY**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another through a phone call placed from Kansas to a voice over internet protocol ("VOIP") system affiliated with the Kentucky Attorney General's Office and based in Frankfort, Kentucky, in which **CLAY** stated, "You will die if you do not give Breonna Taylor justice. That is a threat. Try me."

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON

*[signature]*
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.